**STATE of Missouri, Respondent,**

v.

**Perry C. DRAPER, Appellant.**

**No. WD 42020.**

Missouri Court of Appeals,
Western District.

Jan. 29, 1991.

David S. Durbin, Appellate Defender, Jerri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Appellant appeals from convictions of forcible rape and forcible sodomy, and from the denial of a Rule 29.15 motion for post-conviction relief, without an evidentiary hearing.

The judgment of conviction is affirmed. Rule 30.25(b).

The appeal from the denial of post-conviction relief is dismissed.   Rule 84.16(b).